UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. KIRKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY, *et al.*,<br><br>    Defendants. | Case No. C06-0188RSM<br><br>ORDER DISMISSING § 1983 ACTION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Monica J. Benton, United States Magistrate Judge. (Dkt. #28). No objections have been filed. Having reviewed the R&R, and the balance of the record, the Court does hereby find and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' Motion for Summary Judgment (Dkt. #26) is GRANTED, and this action is DISMISSED with prejudice. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

    (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Benton.

DATED this __8___ day of May, 2007.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER